AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

David L. Boone, doing business as
Craft Plumbers,
Plaintiff and Counterclaim Defendant,

V.

Wells Fargo Bank, N.A.,
Defendant and Counterclaimant.

**JUDGMENT IN A CIVIL CASE**

Case Number:  07-3922 (DWF/AJB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Wells Fargo's request for attorneys fees is **GRANTED**.
2. The Court awards Wells Fargo attorneys fees and costs in the amount of $119,790.59, which shall be added to the $106,091.17 the Court previously determined should be awarded to Wells Fargo upon its counterclaim.
3. A final judgment in the amount of $225,881.76 shall be entered in favor of Wells Fargo.

|  |  |
|---|---|
| August 11, 2009 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/Janelle Zuech |
| | (By)       Janelle Zuech,   Deputy Clerk |

Form Modified:  09/16/04